BELSOME, J.,
dissenting.
hAs the majority acknowledges, the evidence against Defendant in this case, a relative, is circumstantial. No witnesses observed Defendant break the rear window of the home, nor did any witness observe the contents of the bags. Moreover, Doris Bryer testified that Defendant not only came over and introduced himself, but also entered the home through the front door and repaired the door latch, behavior that is arguably inconsistent with a burglar. Thus it can be reasonably hypothesized that someone other than Defendant removed the property from the premises. Accordingly, this writer does not agree that the evidence in this case excludes every reasonable hypothesis of innocence, nor can this writer agree that the elements of the offense of simple burglary were met under these particular facts. See La. R.S. 15:438; State v. Bullard, 29,662, p. 4 (La.App. 2 Cir. 9/24/97), 700 So. 2d 1051, 1053. I must respectfully dissent.